**Brian GIANNOLLA, Petitioner– Appellant,**

v.

**BUREAU OF PRISONS; Warden Dalius; Warden Dewart; A.W. Rivera; Harris, Unit Manager; Scarantino, Case Manager; Sam L. Batts, Unit Manager; Marin, Counselor, Respondents–Appellees.**

No. 02–7281.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 9, 2003.

Decided Oct. 14, 2003.

Brian Giannolla, Appellant Pro Se.

Before LUTTIG, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Brian Giannolla appeals the district court's order denying his petition for writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. *See Giannolla v. Bureau of Prisons,* No. CA–02–453–5–H (E.D.N.C. Aug. 19, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*